**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:                                                    CASE NO. 26-11867-RAM

BLOOM HOTELS 6060, LLC,[1]                                Chapter 11

    Debtor.

_____/

**[PROPOSED] ORDER GRANTING DEBTOR'S**
**MOTION TO EXTEND EXCLUSIVITY PERIODS UNDER 11 U.S.C. § 1121(D)**

**THIS MATTER** came before the Court for hearing on _____ _, 2026 at __:___

a.m./p.m. ("Hearing") upon the Debtor's Motion to Extend Exclusivity Periods Under 11 U.S.C.

§ 1121(d) (the "Motion") [Dkt. No. ____], seeking entry of an order extending the Debtor's plan

filing exclusivity period to August 17, 2026, and plan solicitation exclusivity period to October

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BLOOM HOTELS 6060, LLC (4660). The mailing address and principal place of business of the Debtor is 2937 SW 27th Ave, Ste 201, Coconut Grove, FL 33133.

16, 2026. The Court, having: (i) reviewed the Motion and the record in this case; (ii) heard argument from counsel at the Hearing; (iii) found good cause exists to grant the requested relief for the reasons stated on the record at the Hearing; and (iv) being otherwise fully advised in the premises—

ORDERS as follows:

1.      The Motion is **GRANTED.**

2.      The Debtor's plan filing exclusivity period is **EXTENDED** to **August 17, 2026**, such that only the Debtor may file a plan through and including **August 17, 2026**.

3.      The Debtor's plan solicitation exclusivity period is **EXTENDED** to **October 16, 2026**, such that only the Debtor may solicit acceptance of a plan through and including **October 16, 2026**.

4.      This Order is without prejudice to the Debtor seeking further extensions pursuant to 11 U.S.C. § 1121(d) for good cause.

5.      The Court retains jurisdiction to interpret, implement, and enforce the terms of this Order.

###

Submitted by:

Kristopher E. Pearson, Esq.
Fla. Bar. No. 16874
kpearson@dvcattorneys.com
DAMIAN | VALORI | CULMO
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).